**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN LEE HUNTSAKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. MOLDENHAUR, Sheriff Deputy #3642, ET AL.<br><br>　　　　　Defendants. | NOS. SACV 10-01980 GAF (SS)<br>　　　SACV 10-01982 GAF (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br><br>**CONCLUSIONS, AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE JUDGE** |
| STEVEN LEE HUNTSAKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. DE LA ROSA, Sheriff Deputy # 5539, ET AL.<br><br>　　　　　Defendants. | |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaints in the above-captioned matters, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court

accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing these actions with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: May 12, 2011

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE