UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LEE HUNTSAKER,<br><br>        Plaintiff,<br><br>    v.<br><br>J. MOLDENHAUR, Sheriff Deputy #3642, ET AL.<br><br>        Defendants.<br><br>STEVEN LEE HUNTSAKER,<br><br>        Plaintiff,<br><br>    v.<br><br>R. DE LA ROSA, Sheriff Deputy # 5539, ET AL.<br><br>        Defendants. | NOS. SACV 10-01980 GAF (SS)<br>     SACV 10-01982 GAF (SS)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned actions are dismissed with prejudice.

DATED: May 12, 2011

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE